1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Kirk J. Wolden, SBN 138902
3  Clifford C. Carter, SBN 149621
   608 UNIVERSITY AVENUE
4  SACRAMENTO, CA 95825
   (916) 924-3100
5
6  Attorney for the Class



E-filing
FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No: C08-00836<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |



Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///
///

1     The following Class of individuals described as follows in the Complaint:

2     **All consumers who are residents and/or domicilaries of the United States and who own homes or other residential dwellings in which one or more HAZARDOUS FIREPLACES have been installed within ten (10) years prior to the date of the filing of this complaint.**

Dated: February 6, 2008

                                            CLAYEO C. ARNOLD
                                            A Professional Law Corporation

                                            By: _____
                                                   KIRK J. WOLDEN
                                                   Attorney for the **CLASS**