**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

10   KIRK KEILHOLTZ, et al.,                        Case  No. C08-0836 EMC

11            Plaintiffs,

12        v.

13   SUPERIOR FIREPLACE COMPANY, et al.,

14            Defendants.

15   _____/

16

17

18

19                **NOTICE OF IMPENDING REASSIGNMENT TO**
                 **A UNITED STATES DISTRICT COURT JUDGE**
20

21        The Clerk of this Court will now randomly reassign this case to a United States District

22   Judge because either:

23        (x  )   One or more of the parties has requested reassignment to a United States District

24   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

25

26        (  )   One or more of the parties has sought a type of judicial action (e.g., a temporary

27   restraining order) that a United States Magistrate Judge may not take without the consent of all

28   parties, the necessary consents have not been secured, and time is of the essence.

**United States District Court**

For the Northern District of California

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2    counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3    date.

4

5    Dated:  April 24, 2008                                      Richard W. Wieking, Clerk
                                                                 United States District Court

6

7

8                                                                _____

9                                                                By: Betty Fong, Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28