# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: C08-00836

SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC. and DOES 1 through 25, Inclusive

TO: (Name and address of defendant)
Superior Fireplace Company
c/o Lennox Hearth Products, Inc.
2140 Lake Park Boulevard
Richardson, TX  75080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kirk J. Wolden
CLAYEO C. ARDNOLD, PLC
608 University Avenue
Sacramento, CA  95825

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  0 2 MAY 2008

(BY) DEPUTY CLERK

NDCAO440