| Attorney or Party without Attorney:<br>KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: KIRK KEILHOLTZ | |
| Defendant: SUPERIOR FIREPLACE COMPANY | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00836 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Notice; Case Management Conference Order; Contents Of Joint Case Management Statement; Reassignment Order; Notice Of Impending Reassignment To A United States District Court Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Assignment; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Certification Of Interested Entities Or Persons; Complaint

3. a. Party served:    LENNOX HEARTH PRODUCTS, INC.
   b. Person served:   KENNETH C. FERNANDEZ, ASSOCIATE GENERAL COUNSEL, Male, 40+ Years Old, Black Hair, Glasses, 5 Feet 10 Inches, 180 Pounds

4. Address where the party was served:    2140 LAKE PARK BLVD.
   RICHARDSON, TX 75080

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 14, 2008 (2) at: 3:08PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LENNOX HEARTH PRODUCTS, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. OUT OF STATE SERVER

   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $150.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:

*[signature: Cynthia Gamlin Rosser] 5-19-08*
*[notary stamp: CYNTHIA GAMLIN ROSSER, MY COMMISSION EXPIRES July 15, 2008]*

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, May. 15, 2008

*[signature] S.C 103*

Judicial Council Form POS-010    PROOF OF SERVICE    (OUT OF STATE SERVER)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE    kjw.128966

| Attorney or Party without Attorney:<br>KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA  95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: KIRK KEILHOLTZ |
| Defendant: SUPERIOR FIREPLACE COMPANY |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00836 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Notice; Case Management Conference Order; Contents Of Joint Case Management Statement; Reassignment Order; Notice Of Impending Reassignment To A United States District Court Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Assignment; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Certification Of Interested Entities Or Persons; Complaint

3. a. Party served:         LENNOX INTERNATIONAL, INC.
   b. Person served:        KENNETH C. FERNANDEZ, ASSOCIATE GENERAL COUNSEL, Male, 40+ Years Old, Black Hair, Glasses, 5 Feet 10 Inches, 180 Pounds

4. Address where the party was served:    2140 LAKE PARK BLVD.
                                           RICHARDSON, TX  75080

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 14, 2008 (2) at: 3:08PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LENNOX INTERNATIONAL, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE  SERVER                    d. **The Fee for Service was:**  $150.00
                                              e. I am: (3) registered California process server
   2300 P Street                                  (i)   Independent Contractor
   Sacramento, CA 95816                           (ii)  Registration No.:
   (916) 498-0808                                 (iii) County:
   FAX (916) 498-0817

   [Signature: Cynthia Gamlin Rosser]  5/19/08
   [Notary stamp: CYNTHIA GAMLIN ROSSER, MY COMMISSION EXPIRES July 13, 2009]

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, May. 15, 2008                               [Signature]  S. C 1673

   Judicial Council Form POS-010             PROOF OF SERVICE              (OUT OF STATE SERVER)
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                          kjw.128967

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825 | | | | |
| Telephone No: 916-924-3100    FAX No: 916-924-1829 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: KIRK KEILHOLTZ | | | | |
| Defendant: SUPERIOR FIREPLACE COMPANY | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00836 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Notice; Case Management Conference Order; Contents Of Joint Case Management Statement; Reassignment Order; Notice Of Impending Reassignment To A United States District Court Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Assignment; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Certification Of Interested Entities Or Persons; Complaint

3. a. Party served: SUPERIOR FIREPLACE COMPANY
   b. Person served: KENNETH C. FERNANDEZ, ASSOCIATE GENERAL COUNSEL, Male, 40+ Years Old, Black Hair, Glasses, 5 Feet 10 Inches, 180 Pounds

4. Address where the party was served: LENNOX HEARTH PRODUCTS, INC.
   2140 LAKE PARK BLVD.
   RICHARDSON, TX 75080

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 14, 2008 (2) at: 3:08PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SUPERIOR FIREPLACE COMPANY
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN.

7. Person Who Served Papers:      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817
   d. The Fee for Service was: $150.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:

[Signature: Cynthia Gamlin Rosser, 5-19-08]
[Notary stamp: CYNTHIA GAMLIN ROSSER, MY COMMISSION EXPIRES July 13, 2009]

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, May. 15, 2008                                 [Signature: Rosser]   S.C 1073

Judicial Council Form POS-010            PROOF OF SERVICE           (OUT OF STATE SERVER)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                              kjw.128965