1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
2  MICHAEL J. THOMAS (Bar No. 172326)
   MEGHAN M. BAKER (Bar No. 243765)
3  555 Capitol Mall, Tenth Floor
   Sacramento, CA  95814-4686
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  bwarne@downeybrand.com
   mthomas@downeybrand.com
6  mbaker@downeybrand.com

7  Attorneys for Defendants
   SUPERIOR FIREPLACE COMPANY; LENNOX
8  HEARTH PRODUCTS, INC.; LENNOX
   INTERNATIONAL, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | KIRK KEILHOLTZ and KOLLEEN              | Case No.  3:08-cv-00836-SI
   | KEILHOLTZ for themselves and on behalf  |
14 | of those similarly situated,            | **STIPULATION TO EXTEND TIME TO**
   |                                         | **FILE RESPONSIVE PLEADING**
15 |           Plaintiffs,                   |

16 | v.                                      |

17 | SUPERIOR FIREPLACE COMPANY;             |
   | LENNOX HEARTH PRODUCTS INC.;            |
18 | LENNOX INTERNATIONAL INC. and           |
   | DOES 1 through 25, Inclusive,           |
19 |                                         |
   |           Defendants.                   |
20

21

22

23

24

25

26

27

28

930231.1                          1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Pursuant to N.D. Local Rule 6-1, the parties hereby stipulate that Defendants Superior Fireplace Company, Lennox International Inc. and Lennox Hearth Products may have up to and including June 27, 2008, to file an answer or other responsive pleading in this action. By entering into this stipulation, Defendants Superior Fireplace Company, Lennox International Inc. and Lennox Hearth Products do not intend to make a general appearance in this action, waive any affirmative defenses, and/or waive any jurisdictional or other defects.

DATED: May 30, 2008        DOWNEY BRAND LLP

By: /s/ Michael J. Thomas
MICHAEL J. THOMAS
Attorney for Defendants
SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.

DATED: May 30, 2008        ARNOLD LAW FIRM

By: /s/ Kirk Wolden (as authorized on 5/30/08)
KIRK WOLDEN
Attorney for Plaintiffs KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated