```
1   DOWNEY BRAND LLP
    WILLIAM R. WARNE (Bar No. 141280)
2   MICHAEL J. THOMAS (Bar No. 172326)
    MEGHAN M. BAKER (Bar No. 243765)
3   555 Capitol Mall, Tenth Floor
    Sacramento, CA  95814-4686
4   Telephone:    (916) 444-1000
    Facsimile:    (916) 444-2100
5   bwarne@downeybrand.com
    mthomas@downeybrand.com
6   mbaker@downeybrand.com

7   Attorneys for Defendants LENNOX HEARTH
    PRODUCTS INC.; LENNOX INTERNATIONAL INC.;
8   SUPERIOR FIREPLACE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.  3:08-cv-00836-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(B)(6)**<br><br>Date:  August 11, 2008<br>Time:  9:00 a.m.<br>Courtroom:  10<br>Judge:  Susan Illston<br><br>Complaint Filed February 6, 2008 |

Defendants Lennox Hearth Products Inc. and Lennox International Inc. ("Defendants") have moved to dismiss the Complaint filed by Plaintiffs Kirk and Kolleen Keilholtz ("Plaintiffs") under Federal Rules of Civil Procedure 9(b) and 12(b)(6).  Having read and considered all papers supporting and opposing the Motion, Court **HEREBY GRANTS** the Motion as follows:

   1.   Plaintiffs have asserted claims for (1) violation of California Business and Professions Code section 17200 ("UCL"), (2) violation of the Consumer Legal Remedies Act ("CLRA"), and (3) unjust enrichment.  The Court herby dismisses these three claims without prejudice on the grounds that Plaintiffs have failed to plead the fraudulent misrepresentations and

false advertisements alleged in their Complaint with particularity, as required by Federal Rule of Civil Procedure Rule 9(b).

2. The Court dismisses the CLRA claim with prejudice on the grounds that Plaintiffs have not and cannot allege sufficient facts to demonstrate that they complied with the pre-lawsuit notice requirements of the CLRA.

3. The Court dismisses the CLRA claim with prejudice on the grounds that Plaintiffs have not and cannot allege facts demonstrating that Defendants engaged in a "transaction" with a "consumer" as required by the CLRA.

4. The Court dismisses with prejudice the UCL claim asserted by those putative class members who own a home in which a fireplace was installed more than four years before the filing of this action on the grounds that such claim is barred by the statute of limitations.

5. The Court dismisses with prejudice the CLRA and unjust enrichment claims asserted by those class members who own a home in which a fireplace was installed more than three years before the filing of this action on the grounds that such claims are barred by the statute of limitations.

**IT IS SO ORDERED.**

DATED: _____    SIGNED:_____
                                            JUDGE OF THE UNITED STATES
                                                   DISTRICT COURT