1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
2  MICHAEL J. THOMAS (Bar No. 172326)
   MEGHAN M. BAKER (Bar No. 243765)
3  555 Capitol Mall, Tenth Floor
   Sacramento, CA  95814-4686
4  Telephone:     (916) 444-1000
   Facsimile:      (916) 444-2100
5  bwarne@downeybrand.com
   mthomas@downeybrand.com
6  mbaker@downeybrand.com

7  Attorneys for Defendants LENNOX HEARTH
   PRODUCTS INC.; LENNOX INTERNATIONAL INC.;
8  SUPERIOR FIREPLACE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.  3:08-cv-00836-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LENNOX INTERNATIONAL INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Notice of Motion and Motion and Memorandum of Points and Authorities filed concurrently herewith.]<br><br>Date:  August 11, 2008<br>Time:  9:00 a.m.<br>Courtroom:  10<br>Judge:  Susan Illston<br><br>Complaint Filed February 6, 2008 |
|---|---|

935997.1

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**ORDER**

Having read and considered all papers supporting and opposing Defendant Lennox International Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, and good cause appearing therefor, **IT IS ORDERED THAT** Defendant Lennox International Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED**. The Court finds that Lennox International Inc. does not have substantial, continuous and systematic contact with California, and the Court therefore cannot exercise general personal jurisdiction over Lennox International Inc. Additionally, the Court finds that Lennox International Inc. has not purposefully availed itself of forum benefits; Lennox International Inc. has no limited contacts with the forum; and the assertion of personal jurisdiction over Lennox International Inc. in this case would not comport with fair play and substantial justice. Accordingly, the Court cannot exercise specific personal jurisdiction over Lennox International Inc.

**IT IS SO ORDERED.**

DATED: _____   SIGNED:_____
JUDGE OF THE UNITED STATES
DISTRICT COURT