**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTA,                                     No. C 08-00836SI

        Plaintiff,                              **NOTICE**

  v.

SUPERIOR FIREPLACE COMPANY,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions to dismiss have been continued to Friday, October 3, 2008, at 9:00 a.m.

Dated: June 30, 2008                              RICHARD W. WIEKING, Clerk

 

 

                                                  _____
                                                  Tracy Sutton
                                                  Deputy Clerk