```
1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
2  MICHAEL J. THOMAS (Bar No. 172326)
   MEGHAN M. BAKER (Bar No. 243765)
3  555 Capitol Mall, Tenth Floor
   Sacramento, CA  95814-4686
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  bwarne@downeybrand.com
   mthomas@downeybrand.com
6  mbaker@downeybrand.com

7  Attorneys for Defendants
   SUPERIOR FIREPLACE COMPANY; LENNOX
8  HEARTH PRODUCTS, INC.; LENNOX
   INTERNATIONAL, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive,<br><br>   Defendants. | Case No.  C 08-00836SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SUPERIOR FIREPLACE COMPANY TO FILE A RESPONSIVE PLEADING** |

935102.1

1

Pursuant to N.D. Local Rule 6-1, the parties hereby stipulate that Defendant Superior Fireplace Company may have up to and including July 7, 2008, to file an answer or other responsive pleading in this action. By entering into this stipulation, Defendant Superior Fireplace Company does not intend to make a general appearance in this action, waive any affirmative defenses, and/or waive any jurisdictional or other defects.

DATED: June 24, 2008                        DOWNEY BRAND LLP

By: /s/ William R. Warne
WILLIAM R. WARNE
Attorney for Defendants
SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.

DATED: June 24, 2008                        ARNOLD LAW FIRM

By: /s/ Kirk Wolden (As authorized on 6/24/08)
KIRK WOLDEN
Attorney for Plaintiffs KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA