| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | WILLIAM R. WARNE (Bar No. 141280) |
| 2 | MICHAEL J. THOMAS (Bar No. 172326) |
| | MEGHAN M. BAKER (Bar No. 243765) |
| 3 | 555 Capitol Mall, Tenth Floor |
| | Sacramento, CA  95814-4686 |
| 4 | Telephone: (916) 444-1000 |
| | Facsimile: (916) 444-2100 |
| 5 | bwarne@downeybrand.com |
| | mthomas@downeybrand.com |
| 6 | mbaker@downeybrand.com |

Attorneys for Defendants
SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated, | Case No.  C 08-00836SI |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT SUPERIOR FIREPLACE COMPANY TO FILE A RESPONSIVE PLEADING** |
| v. | |
| SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive, | |
| Defendants. | |

936997.1

1

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

1     Pursuant to N.D. Local Rule 6-1, the parties hereby stipulate that Defendant Superior Fireplace Company may have up to and including July 14, 2008, to file an answer or other responsive pleading in this action.  By entering into this stipulation, Defendant Superior Fireplace Company does not intend to make a general appearance in this action, waive any affirmative defenses, and/or waive any jurisdictional or other defects.

DATED: July 2, 2008                                        DOWNEY BRAND LLP


By: /s/ Michael J. Thomas
      MICHAEL J. THOMAS
      Attorney for Defendants
SUPERIOR FIREPLACE COMPANY; LENNOX
HEARTH PRODUCTS INC.; LENNOX
INTERNATIONAL INC.

DATED: July 2, 2008                                        ARNOLD LAW FIRM


By: /s/ Kirk Wolden (as authorized on July 2, 2008)
      KIRK WOLDEN
Attorney for Plaintiffs KIRK KEILHOLTZ and
KOLLEEN KEILHOLTZ for themselves and on
behalf of those similarly situated