```
DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mbaker@downeybrand.com
```

Attorneys for Defendants LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.; SUPERIOR FIREPLACE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.  3:08-cv-00836-SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Lennox Industries Inc.

LHP Holdings Inc.

937411.1

1

1  DATED: July 7, 2008                    DOWNEY BRAND LLP

3                                         By: /s/ William R. Warne
                                          ────────────────────────────
                                                WILLIAM R. WARNE
4                                         Attorneys for Defendants Superior Fireplace
                                          Company, Lennox International Inc. and Lennox
5                                              Hearth Products Inc.

937411.1

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS