Clerk's Use Only

Initial for fee pd.:

F. Jerome Tapley
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTZ

                    Plaintiff(s),

v.

SUPERIOR FIREPLACE COMPANY,
et al.,

                    Defendant(s).

CASE NO. 3:08-cv-00836-SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, F. Jerome Tapley, an active member in good standing of the bar of the State of Alabama, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kirk J. Wolden, SBN 138902, CLAYEO C. ARNOLD, PLC, 608 University Avenue, Sacramento, CA 95825, (916) 924-3100.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2008

                                                  F. Jerome Tapley

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021039
Cashier ID: bucklem
Transaction Date: 07/08/2008
Payer Name: clayeo c arnold
--------------------------------
PRO HAC VICE
 For: f jerome tapley
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 66121
 Amt Tendered: $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-836si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES DISTRICT COURT

Northern District of California

KIRK KEILHOLTZ,

                Plaintiff(s),

v.

SUPERIOR FIREPLACE COMPANY, et al.,

                Defendant(s).

CASE NO. 3:08-cv-00836-SI

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

F. Jerome Tapley ☒ , an active member in good standing of the bar of the State of Alabama ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Cory, Watson, Crowder & DeGaris, P.C.   (205) 328-2200
2131 Magnolia Avenue
Birmingham, AL 35205

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ☒ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                      Susan Illston
                                      United States District    Judge