1 | Re: **Keilholtz v. Superior Fireplace Co., et al.**
   | **Northern District Court of California**
2 | **Case No.:  CV 08-00836 SI**

3 | **PROOF OF SERVICE**

4 | I, Connie McComb, declare and state:

5 | I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action.  My business address is 608
6 | University Avenue, Sacramento, CA 95825.

7 | On July 3, 2008, I served the within **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE and ORDER GRANTING APPLICATION FOR**
8 | **ADMISSION OF ATTORNEY PRO HAC VICE** on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope by:

9 |
10 | [X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.  I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the
11 |        designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

12 |
13 | []     (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;

14 | []     (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;
15 |
16 | [X]    (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.

17 |
18 | Michael J. Thomas, Esq.                    Attorneys for Defendants,
   | DOWNEY BRAND LLP                           SUPERIOR   FIREPLACE   COMPANY;
19 | 555 Capitol Mall, Tenth Floor              LENNOX HEARTH PRODUCTS INC.; and
   | Sacramento, CA 95814                       LENNOX INTERNATIONAL INC.

20 |                                            Tel:  (916) 444-1000
                                                Fax:  (916) 444-2100
21 |
22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on July 3, 2008, at Sacramento, California.

23 |
24 |                                            
                                                Connie McComb
25 |
26 |
27 |
28 |