UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
08 JUL -8 PM 3: 16
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTZ,

Plaintiff(s),

v.

SUPERIOR FIREPLACE COMPANY, et al.,

Defendant(s).

CASE NO. 3:08-cv-00836-SI

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

F. Jerome Tapley ☐, an active member in good standing of the bar of the State of Alabama ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Cory, Watson, Crowder & DeGaris, P.C.   (205) 328-2200
2131 Magnolia Avenue
Birmingham, AL 35205

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ☐.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Susan Illston
United States District Judge