UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTZ and KOLLEEN
KEILHOLTZ, et al.

          Plaintiff(s),

          v.

SUPERIOR FIREPLACE COMPANY;
et al.

          Defendant(s).
_____/

Case No. 3:08-cv-00836-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: July 10, 2008

_____
[Party]

_____
[Counsel]
Kirk J. Wolden

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05            NDC-17A