**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/11/08

Case No.   C-08-0836 SI            Judge:   SUSAN ILLSTON

Title: KIRK KELHOLTZ  -v- SUPERIOR FIREPLACE

Attorneys: J. Tapley, K. Wolden          B. Warne, M. Bakern

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **12/5/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/5/08    @ 9:00 a.m.**   for Motions
( Opposition **11/14/08** Reply **11/21/08**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Initial disclosures shall be produced by 8/2/08.