Hirlye R. "Ryan" Lutz, III
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200

FILED
08 AUG -8 PM 12: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRK KEILHOLTZ

     Plaintiff(s),

  v.

SUPERIOR FIREPLACE COMPANY, et al.,

     Defendant(s).

CASE NO. 3:08-cv-00836-SI

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Hirlye R. "Ryan" Lutz, III, an active member in good standing of the bar of the State of Alabama, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Kirk J. Wolden, SBN 138902, CLAYEO C. ARNOLD, PLC, 608 University Avenue, Sacramento, CA 95825, (916) 924-3100.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2008

Hirlye R. "Ryan" Lutz, III

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022238
Cashier ID: sprinka
Transaction Date: 08/08/2008
Payer Name: clayeo c. arnold
------------------------------------
PRO HAC VICE
 For: clayeo c. arnold
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 066449
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

08-836-si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT

Northern District of California

KIRK KEILHOLTZ,

                  Plaintiff(s),

v.

SUPERIOR FIREPLACE COMPANY, et al.,

                  Defendant(s).

**CASE NO.** 3:08-cv-00836-SI

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Hirlye R. "Ryan" Lutz, III ☒ , an active member in good standing of the bar of the State of Alabama ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Cory, Watson, Crowder & DeGaris, P.C.    (205) 328-2200
2131 Magnolia Avenue
Birmingham, AL 35205

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                  Susan Illston
                                                  United States District    Judge