UNITED STATES DISTRICT COURT

Northern District of California

KIRK KEILHOLTZ,

                Plaintiff(s),

    v.

SUPERIOR FIREPLACE COMPANY, et al.,

                Defendant(s).

CASE NO. 3:08-cv-00836-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason A. Shamblin , an active member in good standing of the bar of the State of Alabama whose business address and telephone number (particular court to which applicant is admitted) is

Cory, Watson, Crowder & DeGaris, P.C.   (205) 328-2200
2131 Magnolia Avenue
Birmingham, AL 35205 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                */s/ Susan Illston*
                Susan Illston
                United States District   Judge

UNITED STATES DISTRICT COURT
For the Northern District of California