Kirk J. Wolden, Esq.
ARNOLD LAW FIRMCLAYEO C. ARNOLD, PLC
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
138902

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated<br><br>v.<br>Plaintiff(s)<br><br>SUPERIOR FIREPLACE COMPANY, LENNOX HEARTH PRODUCTS, INC., LENNOX INTERNATIONAL, INC., DOES 1 through 25, inclusive<br>Defendant(s) | CASE NUMBER: C-08-00836-SI<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br>Rule 41(a)(1) F.R.Civ.P. |

PLEASE TAKE NOTICE:

☐ The above-entitled action is
   *or*
☒ Defendant(s)    **As to defendant, SUPERIOR FIREPLACE COMPANY, ONLY**

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 18, 2008

_____
Plaintiff / Attorney for Plaintiff
KIRK J. WOLDEN

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

CV-09 (01/01)    NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CCD-9